UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARMEN THERESA MENDOZA, ) | CASE NO.: 5:18-cv-00637-VEB |
| Plaintiff, ) | ORDER AWARDING EAJA FEES |
| v. ) | |
| ANDREW SAUL[1], Commissioner of ) Social Security Administration, ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorneys' fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND NINE HUNDRED NINETY-THREE DOLLARS and 71/cents ($2,993.71), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

Dated: September 10, 2019     /s/Victor E. Bianchini
                              VICTOR E. BIANCHINI
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).